# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Boulevard, Albany, New York 12212

| | | |
|---|---|---|
| **Andrea E. Celli, Esq.**<br>Trustee<br>**Bonnie Baker, Esq.**<br>Assoc. Attorney | Telephone: (518) 449-2043<br>Facsimile: (518) 449-2473 | For payments Only:<br>P.O Box 1918<br>Memphis, TN 38101-1918 |

May 23, 2011

Bankruptcy Court
James T. Foley U.S. Courthouse
445 Broadway, Suite 306
Albany, New York 12207

Re:    07-12957            Mary L. Branch

To Whom It May Concern:

Enclosed please find check #922643 in the amount of $15.64. Pursuant to the order of confirmation, we have been collecting funds for a creditor in this case and have attempted to distribute funds. All attempts to contact and forward checks have been unsuccessful. The creditor name and address as listed on the proof of claim is as follows:

|  |  |
|---|---|
| Claim No. | 40 |
| Account# | 0017 |
| Creditor | National Payment Center<br>POB 4169<br>Greenville, TX 75403 |

Very truly yours,

*Cheryl Corning*

Cheryl Corning
Office of Andrea Celli